IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In re:     SARAH E GOLDMAN          )    Case No: 22-21021
                                                        )
                                                        )
                                  Debtor      )

## RESPONSE TO TRUSTEE'S OBJECTION TO DEBTOR'S EXEMPTIONS

       COMES NOW Debtor, Sarah Goldman, by and through counsel of record, and for her Response to Trustee's Objection to Debtor's Exemptions, states that she is in the process of providing to the Trustee the requested documentation and answers to the extent she is able. Debtor admits she still owes Trustee additional documentation, to wit: receipts and other documentation in support of certain expenses. Debtor submits it is not possible to determine the validity of the claimed exemptions until all the documentation has been received and reviewed by the Trustee.

       WHEREFORE, Debtor files this Response to the Trustee's Objection to Exemptions.

Dated: 12/29/2022                              Respectfully submitted,
                                                         WM Law
                                                         s/ Jeffrey L Wagoner
                                                         Jeffrey L. Wagoner, KS 17489
                                                         15095 W 116th Street
                                                         Olathe, KS 66062
                                                         bankruptcy@wagonergroup.com
                                                         ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

       I hereby certify that on December 29, 2022, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

Christopher J Redmond via ECF Email

                                                                                           s/ Jeffrey L. Wagoner

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI**

IN RE: )
) Case No.
Debtor )

**MOTION FOR POST-CONFIRMATION FEES**

In accordance with Local Rule 2016-1 E, attorney for debtor hereby requests additional compensation for services performed on behalf of the debtor(s).

\_\_\_\_\_ Application/Motion to Suspend Payments - $200.00
  Date Application/Motion filed_____ Hearing Date_____
\_\_\_\_\_ Motion to Incur Additional Debt - $150.00
  Date Motion filed_____
\_\_\_\_\_ Motion to Distribute Insurance Proceeds $100.00
  Date Motion filed_____
\_\_\_\_\_ Motion to Retain Tax Refund Greater than $2,500 - $150.00
  Date Motion filed_____
\_\_\_\_\_ Motion for Payoff of Chapter 13 Plan - $75.00
  Date Motion filed_____
\_\_\_\_\_ Motion for Relief from Stay (divorce) - $200.00
  Date Motion filed_____
\_\_\_\_\_ Defense of Motion for Relief from Stay - $350.00
  Date Response filed_____ Hearing Date_____
\_\_\_\_\_ Defense of Motion to Dismiss Case - $200.00
  Date Response filed_____
\_\_\_\_\_ Certificate of Service Regarding State Tax Returns - $100.00
  Date Certificate of Service filed_____
\_\_\_\_\_ Obtaining Confirmation of Amended Chapter 13 Plan- $250.00
  Date Amendments filed_____
\_\_\_\_\_ Amendments to Schedules - $150.00
  Date Amendments filed_____
\_\_\_\_\_ Amendments to Schedules I and J with Business Attachments - $200.00
  Date Amendments filed _____
\_\_\_\_\_ Filing Proofs of Claim on behalf of Creditors - $125.00
  Date Claim filed_____
\_\_\_\_\_ Objections to Unsecured Proofs of Claim - $100.00
  Date Objection filed_____
\_\_\_\_\_ Objections to Secured Proofs of Claim - $225.00
  Date Objection filed_____Hearing Date_____
\_\_\_\_\_ Motions to Sell Property - $200.00
  Date Motion filed_____ Hearing Date_____
\_\_\_\_\_ Motions to Employ Counsel/Professional - $175.00
  Date Motion filed_____
\_\_\_\_\_ Motions to Approve Settlement/Allow Use of Settlement - $175.00
  Date Motion filed_____ Hearing Date_____
\_\_\_\_\_ Motions to Avoid Lien or Avoid Judgment - $200.00
  Date Motion filed_____
\_\_\_\_\_ Motions to Vacate or Set Aside Order - $125.00
  Date Motion filed_____
\_\_\_\_\_ Motions for Emergency Hearing - $100.00
  Date Motion filed_____
\_\_\_\_\_ Appearance at Hearing Due to Trustee's Request for Hearing Based on Debtor's Failure
  to Cooperate - $125.00
  Date of Hearing_____

_____ Copy  Expenses  ( Number of Copies Multiplied by $.25)
        Document Copied_____

_____ Postage Expenses   (Postage Rate Multiplied by Number of Items Mailed)
        Document Mailed_____

The services indicated above having been completed, additional compensation is hereby requested in the amount of $_____, and expenses in the amount of $_____.

**I hereby certify that the services referenced in this motion were actually provided after confirmation of the plan in this case.**

_____   _____

Dated: 12/29/2022

Respectfully submitted,
WAGONER MAXCY WESTBROOK, P.C.

 /s/_____
Brent S. Westbrook, Mo 59400
3100 Broadway, Suite 1420
Kansas City, MO 64111
westbrook@wagonergroup.com
(816) 756-1144 / Fax (816) 756-1163
ATTORNEY FOR DEBTORS

**NOTICE OF MOTION**

Any party with an objection is directed to file a Response to the motion within twenty-one (21) days of the date of this notice with the Clerk of the United States Bankruptcy Court.  Documents can be filed electronically at http://ecf.mowb.uscourts.gov. Information about electronic filing can be found on the Court website www.mow.uscourts.gov.  If a response is timely filed, a Notice of Hearing will be provided to all interested parties by the Court.  If no response is filed within twenty-one (21) days, the Court will enter an order allowing the fees.

**CERTIFICATE OF SERVICE**

Attorney for Debtors hereby Certifies Service on Debtors, Richard Fink, the United States Trustee, and parties requesting notice via electronic filing and/or depositing in the U.S. Mail.  Motions for post-confirmation fees in excess of $1,000 must be noticed to all creditors pursuant to Local Rule 2016-1 C.

/s/Brent S. Westbrook